JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| VINCENT P. RESTIVO, | ) | Case No. CV 12-10872-JVS (OP) |
| | ) | |
| Petitioner, | ) | J U D G M E N T |
| | ) | |
| v. | ) | |
| | ) | |
| P. FINANDER, et al., | ) | |
| | ) | |
| Respondent. | ) | |

IT IS ADJUDGED that this action is dismissed without prejudice.

DATED: May 21, 2013

_____
HONORABLE JAMES V. SELNA
United States District Judge

Prepared by:

_____
HONORABLE OSWALD PARADA
United States Magistrate Judge